**DISMISSED and Opinion Filed February 5, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00965-CV

**JOHN CHOWDHURY, Appellant**
**V.**
**WELLS FARGO BANK NA AND KINGDOM GROUP INVESTMENTS, INC., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17302**

## MEMORANDUM OPINION

Before Justices Myers, Whitehill, and Pedersen, III
Opinion by Justice Whitehill

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated August 14, 2019, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated August 14, 2019, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated January 13, 2020, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten

days.  We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice.  To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Bill Whitehill/
BILL WHITEHILL
JUSTICE

190965F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHN CHOWDHURY, Appellant

No. 05-19-00965-CV     V.

WELLS FARGO BANK NA AND
KINGDOM GROUP INVESTMENTS,
INC., Appellee

On Appeal from the 44th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-17302.
Opinion delivered by Justice Whitehill.
Justices Myers and Pedersen, III
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees WELLS FARGO BANK NA AND KINGDOM GROUP INVESTMENTS, INC. recover their costs of this appeal from appellant JOHN CHOWDHURY.

Judgment entered February 5, 2020